AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Nicholas Daniel Bylotas | ) Case No. **3:20-mj-00099** |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    between Jan. 28 & April 26, 2020    in the county of _____    in the

_____    District of    Oregon    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 871 | Threats Against President |

This criminal complaint is based on these facts:

See Atttached Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Luis Corea, SA United States Secret Service
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at 5:39 p.m.

Date:    April 28, 2020    _____
_Judge's signature_

City and state:    Portland, OR    Honorable Youlee Yim You
_Printed name and title_

DISTRICT OF OREGON, ss:          AFFIDAVIT OF LUIS COREA STATE OF OREGON

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Luis Corea, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the United States Secret Service and have been since February 2019.  I am currently assigned as a criminal investigator in the Portland, Oregon, Resident Office of the Secret Service.  Prior to becoming a federal agent, I served two years in the United States Secret Service Uniform Division as a federal police officer. In March 2016, I attended the Uniformed Police Training Program at the Federal Law Enforcement Training Center (FLETC). This training covered basic law enforcement knowledge, skills and abilities in federal laws, jurisdiction, policies, procedures and basic operation. Following FLETC, I attended the Secret Service training academy in Beltsville, MD. This training focused specifically on police procedures for violation of the federal law that the Secret Service enforces, including diplomatic immunity, international treaties and protocol. On September 2018, as part of my Special Agent training, I once again attended the Secret Service training academy in Beltsville, MD. This training covered the investigation of violation of federal law, the process of criminal investigations, the judicial process and it focused specifically on investigating violation of the federal laws that the Secret Service enforces, including bank fraud, wire fraud, counterfeiting, and cybercrimes.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Nicholas Daniel Bylotas, for Threats Against the President in violation of Title 18, United States Code, Section 871.  As set forth below, there is probable cause to believe, and I do believe, that

**Page 1 – Affidavit of Luis Corea**

Nicholas Daniel Bylotas committed Threats Against the President in violation of Title 18, United States Code, Section 871.

3.    This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with other who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

**Applicable Law**

4.    Title 18, United States Code, Section 871 (Threats Against the President) provides in relevant part as follows:

(a)  Whoever knowingly and willfully deposits for conveyance in the mail or for a delivery from any post office or by any letter carrier any letter, paper, writing, print, missive, or document containing any threat to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States … or knowingly and willfully otherwise makes any such threat against the President … shall be fined under this title or imprisoned not more than five years, or both.

**Statement of Probable Cause**

5.    On January 30, 2020, Detective Jeremy Chedester of the Washington County Sheriff's Office notified the Portland Oregon Resident Office of the Secret Service of an online threat towards The President of the United States (POTUS). Chedester stated that he was notified

by Tim Garcia, Director of Corporate Security for Intel of several online threats made by Nicholas Daniel Bylotas, an employee of Intel located in Hillsboro, OR who is currently suspended for also sending concerning emails to the CEO of Intel and the Pope. Garcia provided the following link to Nicholas Daniel Bylotas' Facebook page:

https://m.facebook.com/nicholas.bylotas.7?tsid=0.06195312688038168&source=result

6.     On January 28, 2020, Nicholas Daniel Bylotas posted: "2nd law of Bylotas the Tyrant: The President shall be homeless until the homelss are no longer homeless. If you will please, Daffy… (KABOOM!!! White House off the face of the earth.)"

7.     On January 28, 2020, Nicholas Daniel Bylotas posted: "My idea has already consumed the previous idea. That is the way ideas work. President Donald J Trump and everyone, for that matter, are doomed."

8.     On January 29, 2020, Nicholas Daniel Bylotas posted: "...and it will be much easier with this great instruction manual of divine spiritual knowledge. The kind that I used to rape the fuck out of Donald J Trump in front of the whole world and all of creation to see."

9.     On January 30, 2020, Nicholas Daniel Bylotas posted: "President Donald J Trump, on behalf of the United States of America, and the people of this world, I declare war on you and your corrupt, tyrannical regime. Surrender peacefully and agree to my conditions, or prepare for your doom."

10.     On January 31, 2020, Detective Jeremy Chedester contacted me and stated that he had interviewed Nicholas Daniel Bylotas the night before (January 30, 2020). At the time of the interview Nicholas Daniel Bylotas admitted to being depressed and agreed to seek mental health treatment that same night. Chedester offered to assist him in checking in, to which Nicholas

**Page 3 – Affidavit of Luis Corea**                    **USAO Version Rev. April 2018**

Daniel Bylotas agreed. Before taking Nicholas Daniel Bylotas to the mental health facility, Chedester asked him to release his shotgun to police for safekeeping, this angered Nicholas Daniel Bylotas, who threaten to run away and then fight Chedester. Nicholas Daniel Bylotas exhibited pre-assaults indicators and was detained. Nicholas Daniel Bylotas was taken and then transferred to Kaiser Permanente's Emergency Department on a Police Officer Hold. Eventually he would be transferred to Unity Center for Behavioral Health, later that night.

11.    On January 31, 2020, SA Daniel Oppman and I interviewed Nicholas Daniel Bylotas at Unity Center for Behavioral Health, 1225 NE 2nd Ave, Portland, OR 97232. Nicholas Daniel Bylotas was escorted and placed in an interview room, where we were advised by Behavioral Health care personnel that Nicholas Daniel Bylotas was under the effects of some sedatives. We identified ourselves to Nicholas Daniel Bylotas, who was cooperative and agreed to be interviewed. We went over his contact information and Nicholas Daniel Bylotas provided us his personal cell phone number. Nicholas Daniel Bylotas admitted to have posted several threatening comments on Facebook about the U.S. Government, Donald J. Trump and the White House.

12.    Nicholas Daniel Bylotas was put on a Police Officer Hold (Mental Hold) on January 31, 2020 by the Washington County Sheriff's Office after posting/making suicidal and homicidal threats towards Intel employees, the Pope, and the President of the United States (POTUS) on social media and through a series of emails sent to the CEO of Intel. Nicholas Daniel Bylotas was "discharged from the hospital in an improved condition" per medical staff on February 12, 2020 and, according to court documents concerning a scheduled commitment hearing, "Mr. Bylotas does not currently meet commitment criteria."

**Page 4 – Affidavit of Luis Corea                    USAO Version Rev. April 2018**

13.     On April 24, 2020, Detective Jeremy Chedester of the Washington County Sheriff's Office notified the Portland Oregon Resident Office of the Secret Service of several online threats towards POTUS made recently by Nicholas Daniel BYLOTAS on his Facebook page once again using the same Facebook Profile Link as before, www.facebook.com/nicholas.bylotas.7.

14.      On April 24, 2020, Secret Service Open Source Unit conducted a search into the aforementioned Facebook link.

15.     On April 21, 2020, Nicholas Daniel Bylotas posted: "This is not a loving relationship where I will be picking you up into my arms like your papa, Trump. I am going to stomp your baby skull against the sidewalk"

16.     On April 22, 2020, Nicholas Daniel Bylotas posted: "The moment I saw Trump, I knew I was going to destroy him. I hate evil, and weaklings like him stand no chance. It was far more treacherous than I had known, and it didn't stop me. I ended up harvesting the circumcised poison from the corpse of the flesh eating donkey scorpion demon my father turned into before I destroyed his Life, and used it to tip an arrow and shoot it into the corrupt heart at the only place that vile circumcised tyrant false god could hide— inside the ignorant heart of the POTUS.

17.     On April 23, 2020, Nicholas Daniel Bylotas posted: "I can do with my knife and my fists what they are afraid of much more easily than with a shotgun. I want my shotgun back or people are going to start getting hurt."

18.    On April 24, 2020, Nicholas Daniel Bylotas posted: "We have to kill Donald Trump because he is a known evil and is doing a job that is supposed to be for good people. The Law is supposed to stop that from happening. I am the Revolution. Execute the traitors."

19.    On April 26, 2020, concerned citizen Brian Allan reported to law enforcement his former co-worker, Nicholas Daniel Bylotas was recently let go and had been eluding to killing the (POTUS) and referenced beheadings. Allan further reported that Nicholas Daniel Bylotas was off his medications, and his behavior had become increasingly erratic, deranged, and dark. Brian said the Twitter account "xxDoubledaisyxx" belonged to Nicholas Daniel Bylotas and recently posted he was on his way to the White House.

20.    On April 26, 2020, Allan provided screen captures from Nicholas Daniel Bylotas Twitter account which shows the following posts on April 25, 2020:

- "Departure to deliver the mega blast triple punch and set the world free from evil, tbd. Seeking co-pilot. Preferred female. If you are Emily Kinney, please apply."

- "Donald Trump is like an evil elephant demon using his tyranny to steal from the United States people. We have to kill those things before they become president! Where are the other people like me?"

- "Do you want to join me for the journey to the White House? I am going to go over there and disrupt whatever the hell they are trying to hurt the people with. We can meet up somewhere along the way."

21.    On April 26, 2020, Nicholas Daniel Bylotas began posting several scenic photos on the Twitter account "xxDoubleDaisyxx", as he began traveling East. These photos included

"The Bridge of the Gods" which connects I-84 in Oregon to SR-14 in Washington. It was then followed by a photo of the "Home Valley Park" road sign which is located in Stevenson, WA. This led me to believe that at this point it was clear that he was traveling East.

22.     On April 26, 2020, I contacted Nicholas Daniel Bylotas at the cell phone number he provided during our initial interview. Nicholas Daniel Bylotas responded "This is Nick", I introduce myself and went I ask where he was going he stated to be heading "East," I ask for his current location and he decline to state where, by saying "I would be crazy if I told you where I'm at". He proceeded to say that there was no need to talk to me when he was going "directly to see the President". He told me to not to call "my fucking phone or your soul will be tormented for the rest of your life."

23.      On April 26, 2020, I contacted the family members of Nicholas Daniel Bylotas. All confirmed that the cell number provided by Nicholas Daniel Bylotas to me does belong to him. Additionally, they confirmed that the Facebook link (www.facebook.com/nicholas.bylotas.7) and Twitter link (xxDoubledaisyxx) also belongs to Nicholas Daniel Bylotas.

24.     On April 28, 2020, while traveling eastward by vehicle, Nicholas Daniel Bylotas was taken into custody by law enforcement in the state of Minnesota.

## Conclusion

25.     Based on the foregoing, I have probable cause to believe, and I do believe, that Nicholas Daniel Bylotas committed Threats Against President in violation of Title 18, United States Code, Section 871. I therefore request that the Court issue a criminal complaint and arrest warrant for Nicholas Daniel Bylotas.

28.    Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Byron Chatfield, and AUSA Byron Chatfield advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

By telephone pursuant to
Fed.R.Crim.P.4.1

_____
LUIS COREA
Special Agent
United States Secret Service

Sworn/affirmed via telephone pursuant to Fed. R. Crim. P. at 5:39 pm on this 28th day of April 2020.

_____
*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge